# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-52950-PMB |
| | : | |
| ATLANTA LIGHT BULBS, INC., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | JUDGE BAISIER |
| | : | |
| S. GREGORY HAYS, AS CHAPTER 7 TRUSTEE FOR ATLANTA LIGHT BULBS, INC., DEBTOR, | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 22-05123-PMB |
| ROBERT TROY TAITZ, JESSICA MARIE MENDOZA, ALLIANCE ELECTRICAL SERVICES, INC., LUMOS SUPPLIES, LLC and JOHN DOES 1 – 10, | : | |
| Defendants. | : | |

## BLR 7016-1(a)(4) STIPULATION

Pursuant to BLR 7016-1(a)(4), the parties submit this stipulation:

**Parties:**

For Plaintiff:                                                                        Henry F. Sewell, Jr.

For Defendants Jessica Marie Mendoza and Robert Troy Taiz:    Aaron M. Clark

For Defendants Alliance Electrical Services, Inc and
                            Lumos Supplies, LLC:                            Stacey A. Carroll

1. **Initial Disclosures**. (Include one or more of the following, modified as appropriate).   [ ]

The parties have made the initial disclosures required by FED R. CIV. P. 26(a)(1).

[ ] The parties agree to exchange written and verified initial disclosures.

[x] The parties have agreed not to make initial disclosures and to waive the requirements of FED R. CIV. P. 26(a)(1) with regard to same.

2. **Discovery Plan**.  The parties jointly propose to the Court that discovery shall be completed by April 3, 2023, subject to modification by the Court with the consent  of the parties or for good cause

shown.

3. **Other items**.

(a) The parties shall submit a consolidated pretrial order no later than May 3, 2023 in the event that no dispositive motions are timely filed. *See* Bankruptcy Local Rule 7016-2.

(b) Unless further ordered by the Court, Plaintiff will be allowed until February 1, 2023 to file motions to join additional parties and until February 1, 2023 to file motions to amend the pleadings.

(c) Unless further ordered by the Court, Defendant(s) will be allowed until February 1, 2023 to file motions to join additional parties and until February 1, 2023 to file motions to amend the pleadings.

(d) All dispositive motions, including Motions for Summary Judgment, will be filed by April 24, 2023.

4. **Settlement Potential**.

(a) The parties [ ] have [x] have not discussed settlement.

(b) The parties [x] do [ ] do not intend to hold additional settlement conferences among themselves prior to the close of discovery. The proposed date of the next settlement conference is to be determined.

(c) The parties [ ] have [x] have not considered alternative dispute resolution at this time.

(d) Settlement prospects may be enhanced by one of the following alternative dispute resolution procedures [check applicable boxes]: [x] Mediation; [ ] Judicial settlement conference; [ ] Early neutral evaluation; [ ] Other after completion of initial discovery.

5. Identify any other matters regarding this Court's authority or jurisdiction, discovery or case management that may require the Court's attention (e.g., concerns about confidentiality; the need for protective orders; unmovable scheduling conflicts). As of the filing of this Stipulation, the Parties have not identified any issues which require the Court's immediate attention.

6. Do the parties consent to this Court entering final orders and judgment in this proceeding? The Defendants do not consent to this Court entering final orders and judgments in this proceeding

7. Any other matters not covered above. N/A

8. The parties [ ] do [x] do not request a conference with the Court prior to entry of the scheduling order. Any such conference may be [ ] by telephone [ ] in chambers  or [ ] in Court.

**STIPULATED TO THIS 9TH DAY OF DECEMBER, 2022.**

| | |
|---|---|
| LAW OFFICES OF HENRY F. SEWELL, JR., LLC<br><br>By: /s/ Henry F. Sewell, Jr<br>     Henry F. Sewell, Jr.<br>     Georgia Bar No. 636265<br><br>2964 Peachtree Road, NW, Suite 555<br>Atlanta, Georgia 30305<br>(404) 926-0053<br>hsewell@sewellfirm.com<br><br>**Counsel for the Plaintiff** | KAN CLARK LLP<br><br><br>By: /s/ Aaron M. Clark<br>     Aaron M. Clark<br>     Georgia Bar No. 295700<br><br>869 Virginia Circle NE<br>Atlanta, Georgia 30306<br>(404) 291-5195<br>aclark@kanclarklaw.com<br><br>**Counsel for Defendants Jessica Marie Mendoza and Robert Troy Taiz** |
| /s/ Stacey A. Carroll<br>STACEY A. CARROLL<br>Georgia Bar No. 112730<br><br><br>295 W. Crossville Rd., Suite 730<br>Roswell, Georgia 30075<br>Phone: (404) 816-4555<br>Fax: (404) 481-2074<br>stacey@carroll-firm.com<br><br>**Attorney for Defendants Alliance Electrical Services, Inc. and Lumos Supplies, LLC** | |

_____

4