

**IT IS ORDERED as set forth below:**

**Date: December 12, 2022**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | CASE NO. **22-52950-PMB** |
| **ATLANTA LIGHT BULBS, INC.,** | : | |
| | : | CHAPTER 7 |
| Debtors. | : | |
| _____ | : | |
| | : | |
| **S. GREGORY HAYS, AS CHAPTER 7** | : | |
| **TRUSTEE FOR ATLANTA LIGHT** | : | |
| **BULBS, INC.,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | ADVERSARY PROCEEDING |
| v. | : | |
| | : | NO. **22-5123** |
| **ROBERT TROY TAITZ, JESSICA MARIE** | : | |
| **MENDOZA, ALLIANCE ELECTRICAL** | : | |
| **SERVICES, INC., LUMOS SUPPLIES, LLC,** | : | |
| **And JOHN DOES 1 – 10,** | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## <u>ORDER ON RULE 26(f) REPORT</u>

Upon review of the information contained in the *BLR 7016-1(a)(4) Stipulation* filed by

counsel for the Plaintiff-Trustee and respective counsel for the Defendants named above on December 9, 2022 (Docket No. 8)(the "Rule 26(f) Report"), which provisions are incorporated herein, it is

**ORDERED** that the time limits and provisions stated in the Rule 26(f) Report are **APPROVED** and HEREBY made the Order of the Court.   If the parties desire mediation or other form of alternative dispute resolution, the parties shall file a motion with the Court requesting this relief.

The Clerk is directed to serve a copy of this Scheduling Order upon counsel for the Plaintiff, respective counsel for the Defendants, the Chapter 7 Trustee, and the United States Trustee.

**[END OF DOCUMENT]**