# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-52950-PMB |
| | : | |
| ATLANTA LIGHT BULBS, INC., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | JUDGE BAISIER |
| | : | |
| S. GREGORY HAYS, AS CHAPTER 7 TRUSTEE FOR ATLANTA LIGHT BULBS, INC., DEBTOR, | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 22-05123-PMB |
| ROBERT TROY TAITZ, JESSICA MARIE MENDOZA, ALLIANCE ELECTRICAL SERVICES, INC., LUMOS SUPPLIES, LLC and JOHN DOES 1 – 10, | : | |
| Defendants. | : | |

## **CERTIFCATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the *FIRST CONTINUING INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT JESSICA MENDOZA* by mailing a copy of same via first class mail with adequate postage affixed thereon to the following:

        Jessica Marie Mendoza
        c/o Aaron M. Clark, Esq.
        aclark@kanclarklaw.com

Dated: February 9, 2023.

    Respectfully submitted,

    LAW OFFICES OF HENRY F. SEWELL JR., LLC

    */s/ Henry F. Sewell, Jr.*
    Henry F. Sewell, Jr.
    Georgia Bar No. 636265

Law Offices of Henry F. Sewell, Jr., LLC
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com