**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                            :        CASE NO. 22-52950-PMB
                                                  :
ATLANTA LIGHT BULBS, INC.,                        :        CHAPTER 7
                                                  :
_____Debtor._____                             :        JUDGE BAISIER
                                                  :
S. GREGORY HAYS, AS CHAPTER 7                     :
TRUSTEE FOR ATLANTA LIGHT                         :
BULBS, INC., DEBTOR,                              :
                                                  :
        Plaintiff,                                :
                                                  :
v.                                                :        Adv. Pro. No. 22-05123-PMB
                                                  :
ROBERT TROY TAITZ, JESSICA MARIE :
MENDOZA, ALLIANCE ELECTRICAL                      :
SERVICES, INC., LUMOS SUPPLIES,                   :
LLC and JOHN DOES 1 – 10,                         :
                                                  :
_____Defendants._____                         :

**CERTIFCATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the *FIRST CONTINUING INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ROBERT TAITZ* by email as follows:

> Robert Troy Taitz
> c/o Aaron M. Clark, Esq.
> aclark@kanclarklaw.com

Dated:  February 9, 2023.

Respectfully submitted,

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265

Law Offices of Henry F. Sewell, Jr., LLC
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com