**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-52950-PMB |
| | : | |
| ATLANTA LIGHT BULBS, INC., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | JUDGE BAISIER |
| | : | |
| S. GREGORY HAYS, AS CHAPTER 7 TRUSTEE FOR ATLANTA LIGHT BULBS, INC., DEBTOR, | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 22-05123-PMB |
| ROBERT TROY TAITZ, JESSICA MARIE MENDOZA, ALLIANCE ELECTRICAL SERVICES, INC., LUMOS SUPPLIES, LLC and JOHN DOES 1 – 10, | : | |
| Defendants. | : | |

**CERTIFCATE OF SERVICE OF DISCOVERY TO DEFENDANT ALLIANCE ELECTRICAL SERVICES, INC.**

This is to certify that I have this day served a true and correct copy of the *FIRST CONTINUING INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ALLIANCE ELECTRICAL SERVICES, INC.* by email as follows:

>Alliance Electrical Services, Inc.
>c/o Stacey A. Carroll, Esq.
>stacey@carroll-firm.com

Dated: February 9, 2023.

Respectfully submitted,

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265

Law Offices of Henry F. Sewell, Jr., LLC
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com