**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-52950-PMB |
| | : | |
| ATLANTA LIGHT BULBS, INC., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | JUDGE BAISIER |
| | : | |
| S. GREGORY HAYS, AS CHAPTER 7 TRUSTEE FOR ATLANTA LIGHT BULBS, INC., DEBTOR, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 22-05123-PMB |
| | : | |
| ROBERT TROY TAITZ, JESSICA MARIE MENDOZA, ALLIANCE ELECTRICAL SERVICES, INC., LUMOS SUPPLIES, LLC and JOHN DOES 1 – 10, | : | |
| | : | |
| Defendants. | : | |

**CONSENT MOTION TO STAY ADVERSARY PROCEEDING**

Plaintiff S. Gregory Hays, as Chapter 7 Trustee (the "**Trustee**") for the Estate of Atlanta Light Bulbs, Inc., Debtor (the "**Plaintiff**"), and Defendants Robert Troy Taitz, Jessica Marie Mendoza, Alliance Electrical Services, Inc., and Lumos Supplies, LLC (collectively, the "**Defendants**" and with the Plaintiff, the "**Parties**") in the above captioned adversary proceeding (the "**Adversary Proceeding**"), by and through their undersigned counsel, hereby: 1) report that the Parties have agreed to stay and toll the Adversary Proceeding pending performance of the settlement agreement between the Parties that was attached to a motion filed by the Trustee [Do. Nos. 196] (the "**Settlement**") and approved by an *Order Granting Motion to Approve Compromise and Settlement* [Doc. No. 198] (the "**Approval Order**"); and 2) file this *Consent Motion to Stay Adversary Proceeding* (the "**Motion**") to move this Court to enter an Order, substantially in the

form as the order attached as **Exhibit A** hereto, staying and tolling the Adversary Proceeding. In support thereof, the Parties state as follows:

1. The Settlement approved by the Approval Order provides for certain payments to the Trustee by the Defendants over time.

2. To provide an opportunity for performance under the Settlement without hindering the Adversary Proceeding, the Parties stipulated and agreed that: a) the Adversary Proceeding shall be stayed and tolled pending the performance under the Settlement Agreement such that all deadlines in the Adversary Proceeding shall be extended, stayed, and tolled until July 31, 2024.

3. Except as otherwise expressly provided herein, nothing contained herein shall be deemed or construed as a waiver of any legal or factual position or contention of any of the Parties in the Adversary Proceeding.

4. Based on the foregoing, good cause exists for the relief requested in this Motion.

**WHEREFORE**, the Parties request that: 1) the Motion be granted; 2) the Adversary Proceeding be stayed and tolled until July 31, 2024; 3) the Court enter an Order in substantially the form as **Exhibit "A"** attached hereto; and 4) the Court grant such other and further relief as is just and proper.

Respectfully submitted this 12th day of April, 2024.

LAW OFFICES OF HENRY F. SEWELL, JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr., Esq.
Georgia Bar No. 636265; Phone: (404) 926-0053
hsewell@sewellfirm.com
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
*Counsel for Plaintiff*

KAN CLARK LLP

*/s/ Aaron M. Clark*
Aaron M. Clark, Esq.
Georgia Bar No. 295700
akan@kanclarklaw.com
869 Virginia Circle NE
Atlanta, Georgia 30306
Phone: 404-291-5195
*Counsel for Defendants Jessica Marie Mendoza and Robert Troy Taitz*

CARROLL LAW FIRM, LLC

*/s/ Stacey A. Carroll*
Stacey A. Carroll, Esq.
Georgia Bar No. 112730
stacey@carroll-firm.com
295 W. Crossville Rd., Suite 730
Roswell, Georgia 30075
Phone: 404-816-4555
*Counsel for Defendants Lumos Supplies, LLC and Alliance Electrical Services, Inc.*

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-52950-PMB |
| | : | |
| ATLANTA LIGHT BULBS, INC., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | JUDGE BAISIER |
| | : | |
| S. GREGORY HAYS, AS CHAPTER 7 TRUSTEE FOR ATLANTA LIGHT BULBS, INC., DEBTOR, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 22-05123-PMB |
| | : | |
| ROBERT TROY TAITZ, JESSICA MARIE MENDOZA, ALLIANCE ELECTRICAL SERVICES, INC., LUMOS SUPPLIES, LLC and JOHN DOES 1 – 10, | : | |
| | : | |
| Defendants. | : | |

**CONSENT ORDER GRANTING CONSENT MOTION TO STAY ADVERSARY
<u>PROCEEDING</u>**

This matter came before the Court on the *Consent Motion to Stay Adversary Proceeding* (the "**Motion**") that was filed by Plaintiff S. Gregory Hays, as Chapter 7 Trustee (the "**Trustee**") for the Estate of Atlanta Light Bulbs, Inc., Debtor (the "**Plaintiff**"), and Defendants Robert Troy Taitz, Jessica Marie Mendoza, Alliance Electrical Services, Inc., and Lumos Supplies, LLC (collectively, the "**Defendants**" and with the Plaintiff, the "**Parties**") in the above captioned adversary proceeding (the "**Adversary Proceeding**") to request that the Adversary Proceeding shall be stayed and tolled pending the performance under the settlement agreement between the Parties that was attached to a motion [Do. Nos. 196] (the "**Settlement**") filed by the Trustee and approved by an *Order Granting Motion to Approve Compromise and Settlement* [Doc. No. 198] (the "**Approval Order**") such that all deadlines in the Adversary Proceeding shall be extended, stayed, and tolled until July 31, 2024. The Parties having consented to the entry of this Order and the relief set forth herein as evidenced by the signatures of their counsel of record and the Motion having been read and considered and good and sufficient cause appearing for the relief granted herein, it is hereby:

**ORDERED** that the Motion is GRANTED in its entirety such that the Adversary Proceeding is hereby stayed and tolled and shall remain stayed and tolled pending the performance under the Settlement Agreement such that all deadlines in the Adversary Proceeding shall be extended, stayed, and tolled until July 31, 2024; and it is

**FURTHER ORDERED** that except as otherwise expressly provided herein or in the Motion, nothing contained herein shall be deemed or construed as a waiver of any legal or factual position or contention of any of the Parties in the Adversary Proceeding; and it is

**FURTHER ORDERED** that notwithstanding the possible applicability of any Federal

2

Rules of Bankruptcy Procedure or otherwise, this Order shall be immediately enforceable upon entry; and it is

**FURTHER ORDERED** that this Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**\*\*\*END OF ORDER\*\*\***

**PREPARED AND CONSENTED TO BY:**

LAW OFFICES OF HENRY F. SEWELL, JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr., Esq.
Georgia Bar No. 636265
hsewell@sewellfirm.com
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
Phone: (404) 926-0053
*Counsel for Plaintiff*

KAN CLARK LLP

*/s/ Aaron M. Clark*
Aaron M. Clark, Esq.
Georgia Bar No. 295700
akan@kanclarklaw.com
869 Virginia Circle NE
Atlanta, Georgia 30306
Phone: 404-291-5195
*Counsel for Defendants Jessica Marie Mendoza and Robert Troy Taitz*

CARROLL LAW FIRM, LLC

*/s/ Stacey A. Carroll*
Stacey A. Carroll, Esq.
Georgia Bar No. 112730
stacey@carroll-firm.com
295 W. Crossville Rd., Suite 730
Roswell, Georgia 30075
Phone: 404-816-4555
*Counsel for Defendants Lumos Supplies, LLC and Alliance Electrical Services, Inc.*

## **DISTRIBUTION LIST**

Henry F. Sewell, Jr., Esq.
Law Offices of Henry F. Sewell, Jr., LLC
2964 Peachtree Road, Suite 555
Atlanta, Georgia 30305

Jessica Marie Mendoza
c/o Aaron M. Clark, Esq.
Kan Clark LLP
869 Virginia Circle NE
Atlanta, Georgia 30306

Robert Troy Taitz
c/o Aaron M. Clark, Esq.
Kan Clark LLP
869 Virginia Circle NE
Atlanta, Georgia 30306

Lumos Supplies, LLC
c/o Stacey A. Carroll, Esq.
Carroll Law Firm, LLC
295 W. Crossville Rd., Suite 730
Roswell, Georgia 30075

Alliance Electrical Services, Inc.
c/o Stacey A. Carroll, Esq.
Carroll Law Firm, LLC
295 W. Crossville Rd., Suite 730
Roswell, Georgia 30075

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below the foregoing *Consent Motion to Stay Adversary Proceeding* was electronically filed using the CM/ECF filing system, which automatically generated an e-mail notification of such filing to those parties registered to receive electronic notices in this case.

Dated: April 12, 2024.

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr., Esq.
Georgia Bar No. 636265
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com