# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-52950-PMB |
| ATLANTA LIGHT BULBS, INC., | : | CHAPTER 7 |
|     Debtor. | : | JUDGE BAISIER |
| S. GREGORY HAYS, AS CHAPTER 7 TRUSTEE FOR ATLANTA LIGHT BULBS, INC., DEBTOR, | : | |
|     Plaintiff, | : | |
| v. | : | Adv. Pro. No. 22-05123-PMB |
| ROBERT TROY TAITZ, JESSICA MARIE MENDOZA, ALLIANCE ELECTRICAL SERVICES, INC., LUMOS SUPPLIES, LLC and JOHN DOES 1 – 10, | : | |
|     Defendants. | : | |

## NOTICE OF TENDER OF DEFAULT NOTICE

**PLEASE TAKE NOTICE** that, on January 27, 2025, S. Gregory Hays, Chapter 7 Trustee of the estate of the above-captioned debtor (the "**Trustee**"), tendered written notice of default under the Settlement Agreement (the "**Settlement Agreement**") entered into as of October 26, 2023, by and between the Trustee, Jessica Maria Mendoza ("**Ms. Mendoza**"), Robert Troy Taitz ("**Mr. Taitz**"), Alliance Electrical Services, Inc. ("**AES**"), and Lumos Supplies, LLC f/k/a Lumos Dynamics LLC ("**Lumos**") (collectively, Ms. Mendoza, Mr. Taitz, AES, and Lumos are the "**Defendants**"). The Defendants have fifteen (15) days to cure the default. If the default is not cured by the Defendants within fifteen (15) days of receipt of the notice of default, pursuant to Paragraph 5(b) of the Settlement Agreement, the Trustee will request entry of the Consent Judgment (as defined in the Settlement Agreement).

This 27th day of January, 2025.

    LAW OFFICES OF HENRY F. SEWELL JR., LLC

    ***/s/ Henry F. Sewell, Jr.***
    Henry F. Sewell, Jr.
    Georgia Bar No. 636265
    Buckhead Centre
    2964 Peachtree Road NW, Suite 555
    Atlanta, GA 30305
    (404) 926-0053
    hsewell@sewellfirm.com
    *Counsel for S. Gregory Hays, as Chapter 7 Trustee of Atlanta Light Bulbs, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-52950-PMB |
| ATLANTA LIGHT BULBS, INC., | : | CHAPTER 7 |
|     Debtor. | : | JUDGE BAISIER |
| S. GREGORY HAYS, AS CHAPTER 7 TRUSTEE FOR ATLANTA LIGHT BULBS, INC., DEBTOR, | : : : | |
|     Plaintiff, | : | |
| v. | : | Adv. Pro. No. 22-05123-PMB |
| ROBERT TROY TAITZ, JESSICA MARIE MENDOZA, ALLIANCE ELECTRICAL SERVICES, INC., LUMOS SUPPLIES, LLC and JOHN DOES 1 – 10, | : : : : | |
|     Defendants. | : | |

**CERTIFCATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing *NOTICE OF TENDER OF DEFAULT NOTICE* was filed via the Court's ECF system, which sent a copy to all registered parties who have filed an appearance or requested notice in the above captioned case and was also served electronically via email to the following:

GAMBLE CLARK LLP
Aaron M. Clark, Esq.
869 Virginia Circle NE
Atlanta, Georgia 30306     Sent electronically to aaron.clark@gambleclarklaw.com

Stacey Carroll, Esq.
4200 Northside Parkway NW, Suite 300
Atlanta, Georgia 30327     Sent electronically to stacey@carroll-firm.com

This 27th day of January, 2025.

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for S. Gregory Hays, as Chapter 7 Trustee of Atlanta Light Bulbs, Inc.*

EXHIBIT A

LAW OFFICES OF HENRY F. SEWELL, JR., LLC
ATTORNEYS AT LAW

━━●•○•●━━

Henry F. Sewell, Jr.

Suite 555, 2964 Peachtree Road NW,  Atlanta, Georgia 30305
TEL: (404) 926-0053  •  EMAIL: hsewell@sewellfirm.com

January 27, 2025

Jessica Maria Mendoza and Robert Troy Taitz
503 Branyan Trail
Milton, GA 30004

Alliance Electrical Services, Inc.
503 Branyan Trail
Milton, GA 30004

Lumos Supplies, LLC f/k/a Lumos Dynamics LLC
503 Branyan Trail
Milton, GA 30004

      RE:    S. Gregory Hays, Trustee (the "Trustee") for the bankruptcy estate of Atlanta Light Bulbs, Inc., Debtor (the "Debtor") in Case No. 22-52950-PMB; Default Notice

Dear Jessica Maria Mendoza, Robert Troy Taitz, Alliance Electrical Services, Inc., and Lumos Supplies, LLC f/k/a Lumos Dynamics LLC:

      This firm represents the Trustee in the above-captioned case. This default notice represents written notice of default under the Settlement Agreement (the "Settlement Agreement") entered into as of October 26, 2023 by and between the Trustee, Jessica Maria Mendoza ("Ms. Mendoza"), Robert Troy Taitz ("Mr. Taitz"), Alliance Electrical Services, Inc. ("AES"), and Lumos Supplies, LLC f/k/a Lumos Dynamics LLC ("Lumos") (collectively, Ms. Mendoza, Mr. Taitz, AES, and Lumos are "Defendants").

      We are informed and advised that the Defendants have failed to make the required monthly payments due under Paragraph 2 of the Settlement Agreement. The remaining unpaid amount is **SIXTY SIX THOUSAND, SEVENTY TWO DOLLARS AND NO CENTS ($66,072.00).** We are further informed and advised that Defendants and counsel for the Defendants know that the outstanding payments are past due and payable. Notice is hereby given that the Defendants are in default under the terms of the Settlement Agreement as a result of the failure of the Defendants to make the required payments due under the Settlement Agreement. The Trustee hereby requests that the Defendants cure the default of the Defendants by paying $66,072 due under the Settlement Agreement.

      Notice is hereby given that, pursuant to Paragraph 5(a) of the Settlement Agreement, if the default is not cured by the Defendants within five (5) of receipt of the written notice of default, the unpaid balance of the Settlement Payment (as defined in the Settlement Agreement) shall be

accelerated and escalated and the Trustee shall be entitled to an immediate consent judgment against the Defendants for the Estate Claims (as defined in the Settlement Agreement) in the amount of Two Hundred Thousand Dollars ($200,000) in the form attached to the Settlement Agreement (the "Consent Judgment") less only those amounts actually paid by the Defendants pursuant to the Settlement Agreement.

Notice is further given that, pursuant to Paragraph 5(b) of the Settlement Agreement, if the default is not cured by the Defendants within fifteen (15) days of receipt of the written notice of default, the Trustee may submit a Notice of Default and Affidavit of Service with the Court attesting to the service and failure to cure and request entry of the Consent Judgment.

Nothing contained in this letter shall be construed as a modification or waiver of any rights or remedies the Trustee may have, all of which are expressly reserved in full. The Trustee will not forbear from exercising any of its rights and remedies as it deems necessary; rather, the specific intent of the Trustee is to exercise promptly any and all rights and remedies, whether at law or in equity, which the Trustee deems necessary to protect its interests.

Thank you for your attention to this letter. **Please be governed accordingly**

Law Offices of Henry F. Sewell, Jr. LLC

By:   **_Henry F. Sewell, Jr._**
      Henry F. Sewell, Jr.

CC:   GAMBLE CLARK LLP, Aaron M. Clark, Esq., 869 Virginia Circle NE, Atlanta, Georgia 30306, Sent electronically to aaron.clark@gambleclarklaw.com

Stacey Carroll, Esq, 4200 Northside Parkway NW, Suite 300, Atlanta, Georgia 30327, Sent electronically to stacey@carroll-firm.com