

**IT IS ORDERED as set forth below:**

**Date: February 27, 2025**

_Paul Baisier_
_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-52950-PMB |
| | : | |
| ATLANTA LIGHT BULBS, INC., | : | CHAPTER 7 |
| Debtor. | : | JUDGE BAISIER |
| | : | |
| S. GREGORY HAYS, AS CHAPTER 7 TRUSTEE FOR ATLANTA LIGHT BULBS, INC., DEBTOR, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 22-05123-PMB |
| | : | |
| ROBERT TROY TAITZ, JESSICA MARIE MENDOZA, ALLIANCE ELECTRICAL SERVICES, INC., LUMOS SUPPLIES, LLC and JOHN DOES 1 – 10, | : | |
| | : | |
| Defendants. | : | |

**CONSENT JUDGMENT**

Plaintiff S. Gregory Hays, as Chapter 7 Trustee (the "**Trustee**") for the Estate of Atlanta

Light Bulbs, Inc., Debtor (the "**Plaintiff**"), and Defendants Robert Troy Taitz, Jessica Marie

Mendoza, Alliance Electrical Services, Inc., and Lumos Supplies, LLC (collectively, the

"**Defendants**") in the above captioned adversary proceeding (collectively, the "**Parties**"), by and

1

through their undersigned counsel, hereby consent to judgment as follows:

1. Defendants acknowledge and consents that this Court has jurisdiction over this case and that venue is proper in this Court.

2. Trustee and Defendants entered into a settlement agreement resolving the above-captioned adversary proceeding, whereby Defendants agreed to make payment to the Trustee in the total amount of $130,000.00 ("**Settlement Amount**") to be paid as follows: The amount of Fifteen Thousand Dollars ($15,000.00) to the Trustee prior to approval of the Settlement Agreement by the Bankruptcy Court (the "**Initial Payment**"); and the amount of One-Hundred Fifteen Thousand Dollars ($115,000.00) paid to the Trustee in nine (9) monthly payments of Twelve Thousand Seven Hundred Seventy Seven Thousand Dollars and Seventy Seven Cents ($12,777.77 with each payment due by the 1st of each month and the first payment commencing January 1, 2024  (the "**Installment Payments**").   The Order approving the Settlement was entered by this Court on December 22, 2023 at Docket No. 198 in the Debtor's main Chapter 7 Case (22-52950-PMB) (the "**Settlement Order**").

3. Pursuant to the terms of the Settlement Order and Settlement Agreement, upon Defendants' failure to make the any payment required by the Settlement Order, Trustee shall be entitled, after fifteen (15) days notice and an opportunity to cure, to file a Notice of Default and Affidavit of Service and submit this Consent Judgment to the Court, seeking its entry and execution.

4. The Trustee has now filed a Notice of Default and Affidavit of Service with this Court requesting the entry of this Consent Judgment.

   **WHEREFORE,** the Trustee and Defendants having consented to the entry of this judgment, as evidenced by their signatures below, and upon the filing of a *Notice of Default by*

*Trustee* (Docket No. 41) filed on January 27, 2025 and tender of proper notice to the Defendants, it is hereby

**ORDERED** that final judgment issue in favor of Plaintiff and against Defendants, JOINTLY AND SEVERALY, in the amount of TWO HUNDRED THOUSAND DOLLARS ($200,000.00) against which the Trustee has credited payments received by the Trustee in the amount of SIXTY THREE THOUSAND, NINE HUNDRED TWENTY EIGHT DOLLARS ($63,928.00), leaving a final judgment amount of ONE HUNDRED THIRTY SIX THOUSAND, SEVENTY TWO DOLLARS  ($136,072.00) the "**Judgment Amount**")   Post-judgment interest shall accrue at the legal rate from the date of entry of this judgment until satisfaction of the same; and it is

**FURTHER ORDER,** that this Consent Judgment resolves all claims at issue in the case; therefore, the Court expressly finds that there is no just reason for delay and directs entry of final judgment for the Judgment Amount; and it is

**FURTHER ORDERED** that a Writ of Execution issue forthwith against Defendants, jointly and severally for the Judgment Amount.

**\*\*\*END OF ORDER\*\*\***

**PREPARED AND CONSENTED TO BY:**

LAW OFFICES OF HENRY F. SEWELL, JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr., Esq.
Georgia Bar No. 636265
hsewell@sewellfirm.com
2964 Peachtree Road NW, Suite 55
Atlanta, GA 30305
Phone: (404) 926-0053; hsewell@sewellfirm.com

*Counsel for Plaintiff*                    ***SIGNATURES CONTINUED TO NEXT PAGE***

*/s/ Aaron M. Clark*
Aaron M. Clark, Esq.
Georgia Bar No. 295700
akan@kanclarklaw.com
869 Virginia Circle NE
Atlanta, Georgia 30306
Phone: 404-291-5195
*Counsel for Defendants Jessica Marie Mendoza and Robert Troy Taitz*


CARROLL LAW FIRM, LLC

*/s/ Stacey A. Carroll*
Stacey A. Carroll, Esq.
Georgia Bar No. 112730
stacey@carroll-firm.com
295 W. Crossville Rd., Suite 730
Roswell, Georgia 30075
Phone: 404-816-4555
*Counsel for Defendants Lumos Supplies, LLC and Alliance Electrical Services, Inc.*


FURRTHER ACKNOWLEDGED AND AGREED TO BY:

JESSICA MARIA MENDOZA

By: _____
Jessica Maria Mendoza


ROBERT TROY TAITZ

By: _____
Robert Troy Taitz


ALLIANCE ELECTRICAL SERVICES, INC. LUMOS SUPPLIES, LLC F/K/A LUMOS
DYNAMICS LLC

By: _____
Name: Robert Taitz
Its: CEO

LUMOS SUPPLIES, LLC F/K/A LUMOS DYNAMICS LLC

By: _Robert Taitz_

Name: _Robert Taitz_

Its: _CEO_

**DISTRIBUTION LIST**

S. Gregory Hays, As Chapter 7 Trustee For Atlanta Light Bulbs, Inc.
Hays Financial Consulting, LLC
2964 Peachtree Road NW
Suite 555
Atlanta, GA 30305-2153

Henry F. Sewell, Jr.
Law Offices of Henry F. Sewell, Jr., LLC
Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305

Aaron Clark
Kan Clark, LLP
869 Virginia Circle NE
Atlanta, GA 30306

Robert Troy Taitz
13104 Parkview Lane
Alpharetta, GA 30005

Jessica Marie Mendoza
13104 Parkview Lane
Alpharetta, GA 30005

Alliance Electrical Services, Inc.
2109 Mountain Industrial Blvd
Tucker, GA 30084

Stacey A Carroll
Carroll Law Firm LLC
Ste 730
295 W. Crossville Rd.
Roswell, GA 30075

Lumos Supplies, LLC
2109 Mountain Industrial Blvd
Tucker, GA 30084

Atlanta Light Bulbs, Inc.
2109 Mountain Industrial Blvd
Tucker, GA 30084

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Kathleen G. Furr
Baker Donelson
3414 Peachtree Road, NE
Suite 1500, Monarch Plaza
Atlanta, GA 30326

Jason M Torf
Tucker Ellis LLP
Suite 6950
233 S. Wacker Dr.
Chicago, IL 60606-9997